ACCEPTED
03-15-00292-CV
6006954
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 4:52:35 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00292-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/9/2015 4:52:35 PM

JEFFREY D. KYLE
Clerk

THE CITY OF AUSTIN
*Appellant*

V.

JENNIFER FRAME, INDIVIDUALLY, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF JOHN WILLIAM GRIFFITH,
GREG GRIFFITH, CHERYL BURRIS AND DIANA PULIDO
*Appellee*

APPEAL FROM CAUSE NO. D-1-GN-12-003557
53RD JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' RESPONSE BRIEF**

Sean E. Breen
State Bar No. 00783715
HOWRY BREEN & HERMAN, L.L.P.
1900 Pearl Street
Austin, Texas 78705
Telephone (512) 474-7300
Facsimile (512) 474-8557(fax)
sbreen@howrybreen.com

Mike Davis
State Bar No. 05549500
SLACK & DAVIS, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
Telephone (512) 795-8686
Facsimile (512) 795-8787
mdavis@slackdavis.com

**ATTORNEYS FOR APPELLEES**

**APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE BRIEF**

COME NOW Appellees, Jennifer Frame, Individually, and as Personal Representative of the Estate of John William Griffith, Greg Griffith, Cheryl Burris and Diana Pulido and files this Unopposed Motion for Extension of Time to File Appellees' Response Brief and in support thereof, would show as follows:

1. The current deadline for filing Appellees' Response Brief is July 13, 2015.

2. Appellees seek a thirty-day extension to file their brief, making the brief due on or before August 12, 2015.

3. The undersigned counsel has been heavily involved in numerous highly complex matters in Federal and State Court, which necessitate this request. This request is not for delay only.

4. This is the first request to extend the deadline for Appellees' response brief.

5. Counsel has conferred with Counsel for Appellant and she has no objection and indicates the motion is unopposed.

WHEREFORE, Appellees respectfully ask the Court to grant the Motion to Extend Time to File Appellees' Response Brief so that Appellees' response is due on August 12, 2015 and to grant such other relief to which they may be entitled.

Respectfully submitted,

/s/ Sean E. Breen

_____

Sean E. Breen
State Bar No. 00783715
HOWRY BREEN & HERMAN, L.L.P.
1900 Pearl Street
Austin, Texas  78705
(512) 474-7300
(512) 474-8557(fax)
sbreen@howrybreen.com

Mike Davis
State Bar No. 05549500
mdavis@slackdavis.com
SLACK & DAVIS, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
Telephone: (512) 795-8686
Facsimile: (512) 795-8787

***Counsel for Appellee***

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 9, 2015 I conferred with Counsel for Appellant

regarding this motion and she does not oppose this motion.

/s/ Sean E. Breen
Sean E. Breen

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Appellate Rules of Civil Procedure, this 9th day of July, 2015.

Chris Edwards
Assistant City Attorney
State Bar No. 00789276
chris.edwards@austintexas.gov
City of Austin - Law Department
P.O. Box 1546
Austin, Texas 78767-1546
Telephone (512) 974-2419
Facsimile (512) 974-1311

/s/ Sean E. Breen
Sean E. Breen